# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 3, 2018

156142 & (23)(26)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JERRY ANDERSON, II,
      Defendant-Appellant.

SC: 156142
COA: 337773
Genesee CC: 16-039145-FC

_____/

On order of the Court, the application for leave to appeal the May 22, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to grant leave to appeal and for bail are DENIED as moot.



t1218

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 3, 2018



Clerk